UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR                    MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS                          ORDER
LIABILITY LITIGATION

This Document Relates to:
Case No. 19-cv-1199 (*Wilson v. McBride Clinic Orthopedic Hospital LLC et al.*)

In a Report and Recommendation dated April 21, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that 3M Company's request to dismiss this case be granted.[1]  No objection has been filed.  Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 40].  Therefore, IT IS ORDERED THAT:

1.    Plaintiff's claims against Sandoz Incorporated; Promise Healthcare, Inc.; Promise Healthcare of Wichita Falls, Texas; and 3M Company are DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 12, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge

---

[1]    Plaintiff dismissed Encore Medical, L.P., without prejudice before the case was removed from state court.  The Court dismissed her claims against McBride Clinic Orthopedic Hospital, LLC, without prejudice for lack of subject-matter jurisdiction.